IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00438-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAMADOU FOFANA
a/k/a Mamadou Cisse,
a/k/a Armadou Cisse,

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 19, 2006** and responses to these motions shall be filed by **December 27, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, January 26, 2007 at 8:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, February 5, 2007 at 1:30 p.m.**

DATED:  December 1, 2006        BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge