IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00438-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAMADOU FOFANA
a/k/a Mamadou Cisse,
a/k/a Armadou Cisse,

      Defendant.

## ORDER RESETTING MOTION HEARING

This matter is before the Court *sua sponte*. Because of a conflict on the Court's docket, the hearing on defendant's counsel's motion to withdraw (Dkt. # 14) currently set for January 26, 2007 at 8:30 a.m. is RESET to **Thursday, January 25, 2007 at 2:00 p.m.**

      DATED: January 22, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge