IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00438-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAMADOU FOFANA
a/k/a Mamadou Cisse,
a/k/a Armadou Cisse,

    Defendant.

---

## ORDER VACATING TRIAL DATE AND SET STATUS CONFERENCE

---

As set forth in the minutes of the motion hearing held January 25, 2007 at 2:00 p.m., the three-day jury trial set to commence February 5, 2007 is VACATED. In accordance with 18 U.S.C. s 3161(h)(1), time progression under the Speedy Trial Act is stayed until such time as new counsel for the defendant authorizes the continuation of the running of the days to be calculated and the Court agrees. The Court hereby ORDERS that a status conference is set in this matter on **Friday, March 23, 2007 at 8:30 a.m.** Government and defense counsel shall file their respective positions in writing, either jointly or separately, with the Court in advance of such status conference, no later than March 12, 2007.

    DATED:   January 25, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge