IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00438-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAMADOU FOFANA
a/k/a Mamadou Cisse,
a/k/a Armadou Cisse,

    Defendant.

_____

## ORDER
_____

    Defendant Fofana's Motion to Reopen Bond Consideration (Dkt. # 22) is GRANTED in part, with the substantive ruling to be addressed at the upcoming hearing after the Government's response is received. It is therefore

    ORDERED that the Government shall file a brief detailing its opposition to the motion, if any, on or before **March 23, 2007.** It is

    FURTHER ORDERED that a hearing on defendant's motion is set for **March 26, 2007, at 8:30 a.m.**

    DATED: March 12, 2007.

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge