**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00438-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MAMADOU FOFANA, a/k/a Mamadou Cisse, a/k/a Armadou Cisse,

       Defendant.

_____

**ORDER OF REASSIGNMENT**
_____


       Upon the illness of Judge Phillip S. Figa, the above captioned case is reassigned

to the undersigned District Court Judge.  All future pleadings should be filed with Case No.

06-cr-00438-LTB.

                     BY THE COURT:


                     ___s/Lewis T. Babcock_____
                     Lewis T. Babcock, Chief Judge

Dated:  March 21, 2007