**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00438-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  MAMADOU FOFANA, a/k/a Mamadou Cisse, a/k/a Armadou Cisse,

   Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

  This will confirm that a further status hearing regarding Defendant Fofana is set **Tuesday, April 3, 2007 at 9:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant must be present.

Dated:   March 21, 2007
_____