IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00438-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MAMADOU FOFANA,

        Defendant.
_____

## ORDER
_____

        On March 23, 2007, Mr. Fofana filed a motion to toll the running the of the speedy trial clock until today in the interests of justice.  His counsel, despite diligent efforts, was not then prepared to proceed to trial.  Specifically, defense counsel found it necessary to consult with an immigration attorney concerning the implications of certain strategies in this case.  For those and other reasons stated on the record during the April 3, 2007 hearing, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(I) and (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

        Accordingly, the motion to continue [30] is GRANTED and the speedy trial clock is tolled from March 23, 2007 until today.

Dated: April 3, 2007 in Denver, Colorado.

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Chief Judge