IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00438-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MAMADOU FOFANA,

      Defendant.

_____

**ORDER**

_____

This case is before me upon the Defendant's communication (Doc 57). In it Defendant is "requesting to be granted a waiver of the $100 fine. . ." I construe this communication as a motion to vacate the $100 special assessment fee imposed in this Court's judgment and sentence. The $100 special assessment fee is mandatorily imposed in all judgments of conviction and sentence. Accordingly

The Motion of the Defendant (Doc 57) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: July 5, 2007