UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MAMADOU FOFANA             Docket Number: 06-cr-00438-LTB-01

**Amended Petition Due to Violations of Supervised Release**

      COMES NOW, Edwin Colunga, probation officer of the court, presenting an official report upon the conduct and attitude of Mamadou Fofana who was placed on supervision by the Honorable Lewis T. Blackburn sitting in the court at Denver, Colorado, on the 15th day of May, 2007, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. If the defendant is deported, he shall not reenter the United States illegally. If the defendant reenters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the supplemented petition filed on April 20, 2009, be amended to modify allegation number one.

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this ___10th___ day of July, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Edwin Colunga |
| | Edwin Colunga |
| | U.S. Probation Officer |
|     s/Lewis T. Babcock | |
| Lewis T. Babcock | Place: Denver, Colorado |
| U. S. District Judge | |
| | Date: July 7, 2009 |

PROB 12
(02/05-D/CO)

## ATTACHMENT

On June 5, 2007, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on May 15, 2007.

The defendant has committed the following violations of supervised release:

**1.        VIOLATION OF LAW**

On or about September 14, 2008, the defendant committed the offense of 2nd Degree Assault with Provocation, in violation of Colorado State Statute 18-3-203(2)(a), a Class 6 felony, which constitutes a Grade A violation of supervised release.

This charge is based on the following:

According to reports from the Arvada Colorado Police Department, on September 14, 2008, at approximately 1:56 a.m., officers were dispatched to the Brickhouse Bar located at West 58th Avenue in response to a fight. Upon arriving at the scene, officers contacted two males, Earl Banks and Booker Jackson, who had apparent injuries to their heads and bodies. Both of the men informed officers that they were in a fight with the defendant, later identified as Mamadou Cisse, outside of the bar. During the fight, the defendant allegedly retrieved a hammer from the trunk of his vehicle and struck both men in the head with the hammer. The defendant was seen by the two males and other bar patrons leaving the scene in a silver Cadillac with temporary tags. Other responding officers observed the defendant's vehicle near the area and initiated a stop.

The driver of the vehicle was identified as Cisse Mamadou, the front passenger as Scott Maikranz, and the rear passenger as Denise Petree. The defendant was observed by the officers to have a cut on the bridge of his nose and Mr. Maikranz with a cut on his left cheek. The officers also noted that both the defendant and Maikranz had blood on their clothing and they then located a bloody hammer in the trunk of the defendant's Cadillac.

Petree informed the officers that the physical altercation occurred outside of the Brickhouse Bar after Maikranz was cut in the face by either Banks or Jackson. Prior to the fight, Petree, Maikranz, and the defendant were leaving the bar when Maikranz exited the vehicle to pick up a fourth party, Michelle Bowerman (who was observed talking to Banks and Jackson outside of the bar).

During his encounter with Banks and Jackson, Maikranz was reportedly cut by one of the men and returned to the Cadillac. The defendant then exited the car and a fight broke out between the defendant, Banks and Jackson. Cisse, observed by Petree and Maikranz, returned to the trunk of his car to retrieve a hammer. According to Jackson, the defendant first struck Banks with the hammer, and was then tackled by Jackson. Banks reported that he was struck on his head by the defendant with the hammer during the struggle. Responding officers noticed that Banks and Jackson both suffered wounds to their heads and both were bleeding.

PROB 12
(02/05-D/CO)

Petree was released at the scene to the custody of her adult daughter. Maikranz was released at the scene to his adult son. The defendant was transported to the Arapahoe House Detoxification Center and was later released pending further investigation. Banks and Jackson were transported to Lutheran Medical Center.

As verified by medical officials, Banks suffered a laceration to the back of his scalp and Jackson suffered serious bodily injury in the form of a depressed skull fracture and a small subdural hematoma. Jackson's injuries involved a substantial risk of death.

The defendant was arrested for the offense on October 1, 2008. On June 29, 2009, after a jury trial, the defendant was found guilty of Count 2, for 2nd Degree Assault with Provocation, a Class 6 felony. The jury found the defendant not guilty of Count 1, 1st Degree Assault-Serious Bodily Injury with Deadly Weapon. Sentencing has been scheduled for July 30, 2009.

**2.    FAILURE TO REPORT ARREST:**

On or about September 14, 2008, the defendant was arrested by officers of the Arvada Colorado Police Department for the offense of Assault 1-Serious Bodily Injury with Deadly Weapon. Defendant failed to report the arrest to the probation officer within 72 hours, which constitutes a Grade C violation of supervised release.

This charge is based on the following:

On September 14, 2008, the defendant was arrested by officers of the Arvada Colorado Police Department for Assault 1-Serious Bodily Injury with Deadly Weapon. After his arrest and booking at the Arvada Police Department, he was transported to the Arapahoe House Detoxification Center. The defendant was released from the center on that same day.

According to Detective Touchton, the arresting officer, the defendant was not in custody until he reported to the detective's office on October 1, 2008. The defendant failed to report this new arrest to the probation officer within
72 hours of his arrest/release.

**3.    VIOLATION OF LAW**

On or about June 25, 2007, the defendant committed the offense of Protection Order Violation-Civil Domestic Violence, in violation of Colorado State Statute 18-6-803.5, a Class 2 misdemeanor, which constitutes a Grade C violation of supervised release.

This charge is based on the following:

According to Arapahoe (Aurora) County Colorado Court's docket on June 25, 2007, three misdemeanor charges were filed against the defendant by his ex-wife, Rosa Gonzalez. The defendant was charged with three counts of Protection Order Violation-Civil Domestic Violence.

PROB 12
(02/05-D/CO)

On September 17, 2008, the defendant plead not guilty to the three counts charged against him. A protection ordered was entered against the defendant with an expiration date of September 17, 2009. As conditions of the protection order, the defendant was ordered to refrain from any consumption of alcoholic beverages or controlled substances, and not to commit new offenses. Trial by jury was set for December 8, 2008.

On October 16, 2008, a warrant for Failure to Comply with the protection order was issued against the defendant. On December 10, 2008, the defendant was found guilty by jury verdict, of violation of Counts 1 and 2. Sentencing was postponed until February 12, 2009.

On February 12, 2009, the defendant was sentenced to 90-days custody, with credit for 87 days time served, concurrent on Counts 1 and 2. The defendant was ordered to complete a 36-week domestic violence class and given credit for previously completing the program under Arapahoe (Aurora) County Court Case No. 06M201580. The defendant was assessed $852 in court fines and fees. A new protection order was issued against the defendant for Rosa Gonzalez, with an expiration date of February 4, 2010.